

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4467 | **DATE** | 8/16/2011 |
| **CASE TITLE** | Hilda Solis vs. District Lodge No. 141 | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation for settlement entered into by the parties, this case is hereby dismissed without prejudice and with leave to reinstate on or before September 30, 2012. The Court shall retain jurisdiction of this action, and after completion of the supervised election which is scheduled to be held in June 2012, the Secretary of Labor shall certify to the Court the name of persons so elected, and that such election was conducted in accordance with Title IV of the LMRDA, and insofar as lawful and practicable, in accordance with the provisions of the International Association of Machinists and Aerospace Workers Constitution and District Lodge 141's Bylaws. Upon approval of such certification, the Court shall enter a Judgement declaring that such persons have been elected as shown by such certification and this case will be dismissed with prejudice. Each party shall bear its own fees including attorney fees, costs, and other expenses incurred by such party in connection with any stage of this proceeding

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|

2011 AUG 16 PM 3: 09